# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| JOHN OLIVER FREEMAN, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 23-cv-00833-SRB |
| v. | ) |
| | ) |
| MARTIN O'MALLEY, | ) |
| Commissioner, Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

This Court hereby reverses and remands the case to the Commissioner pursuant to the Order filed on September 24, 2024 (Doc. 21).

September 25, 2024              Paige Wymore-Wynn
Date                            Clerk of Court

                                /s/ Tracey D. Peters
                                 (by) Deputy Clerk